IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Craig MASSEY,

    Plaintiff,         No. 2:08-cv-01824-CTB

  vs.

Mike KNOWLES, et al.,

    Defendant.      ORDER to SHOW CAUSE

_____/

       A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

       Accordingly, IT IS HEREBY ORDERED that the plaintiff show cause in writing why his complaint should not be dismissed for failure to keep the court apprised of his current address. The plaintiff has twenty days from the date this Order is filed to respond.

DATED: February 1, 2010

                                  /s/ Carlos T. Bea
                             Carlos T. Bea
                             United States Circuit Judge